UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS L. JONES, | No. 2:19-cv-1160 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| W. J. SULLIVAN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2014 convictions for attempted murder, assault with a deadly weapon, and assault likely to cause great bodily injury. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within thirty days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 17, 2021, are adopted in full;

2. Petitioner's motion to lift the stay (ECF No. 22) is granted;

3. The stay pursuant to <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2003) is lifted;

4. The Clerk of the Court is directed to reopen this action; and

5. Respondent shall file a response to the amended petition within sixty (60) days of the date of this Order.

Dated: May 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Jone1160/801.hc