UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS L. JONES,<br><br>          Petitioner,<br><br>   v.<br><br>W. J. SULLIVAN,<br><br>          Respondent. | No. 2:19-cv-1160 WBS DB P<br><br>ORDER TO SHOW CAUSE |

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2014 convictions for attempted murder, assault with a deadly weapon, and assault likely to cause great bodily injury. By order dated May 19, 2021, the district court lifted the stay and ordered respondent to file a response to the petition within sixty days. (ECF No. 27.) Those sixty days have passed, and respondent has not filed an answer, a motion to dismiss, or otherwise responded to the court's order.

////
////
////
////
////

1

Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely file an answer or motion to dismiss.

Dated: August 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/jone1160.osc