UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS L. JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W. J. SULLIVAN,<br><br>　　　　　Respondent. | No. 2:19-cv-1160 WBS DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2014 convictions for attempted murder, assault with a deadly weapon, and assault likely to cause great bodily injury.

On August 31, 2021 the undersigned issued an order to show cause because respondent had failed to timely file an answer or motion to dismiss. (ECF No. 28.) Respondent has filed a response indicating that the failure to timely respond was due to an inadvertent mistake. (ECF No. 30.) Respondent has further indicated that a response to the petition will be filed so as to avoid further delay. Accordingly, the court will discharge the show cause order and direct the response to be filed within 30 days of the date of this order.

////

////

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The August 31, 2021 show cause order (ECF No. 28) is discharged; and

2. Respondent's answer or motion to dismiss shall be filed within thirty days of the date of this order.

Dated: September 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/jone1160.resp