UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS L. JONES,<br><br>    Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN,<br><br>    Respondent. | No.  2:19-cv-1160 WBS DB P<br><br><br>ORDER |

Petitioner is a state inmate proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently before the court are petitioner's motions (ECF Nos. 42, 43) requesting the appointment of counsel.

A motion to appoint counsel was filed by Charles R. Khoury.  (ECF No. 42.)  However, in petitioner's most recent filing petitioner states that Mr. Khoury passed away on November 15, 2022. (ECF No. 43 at 1.)  In light of petitioner's statement, the undersigned will deny the motion as moot.

In support of petitioner's motion to appoint counsel he argues he is unable to afford counsel, his imprisonment will limit his ability to litigate the issues involved in this case, his need for inmate assistance in litigating this action puts him in a position to be taken advantage of by fellow inmates.  (ECF No. 43 at 1-3.)

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A

authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.

This action has been fully briefed and is awaiting a decision of the merits of the petition. Thus, the undersigned does not find that the interests of justice would be served by the appointment of counsel at the present time. Therefore, the motion will be denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that petitioner's requests for appointment of counsel (ECF No. 42 and 43) are denied without prejudice.

Dated: March 28, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/jone1160.110(2)