UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS L. JONES,<br><br>    Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN,<br><br>    Respondent. | No. 2:19-cv-1160-WBS-SCR<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2014 conviction for attempted murder, assault with a deadly weapon, and assault likely to cause great bodily injury. He is serving 111 years in prison as a result of this conviction.

Petitioner has filed a request for the status of his case following a clerical error that resulted in his case being improperly closed. On January 20, 2022, petitioner's case was reopened, but petitioner's confusion remains. A review of the docket indicates that respondent filed an answer to petitioner's habeas corpus application on September 14, 2021. However, petitioner did not file a traverse to respondent's answer, perhaps due to his confusion about the clerical error. As a result, the court will sua sponte reset the deadline for the filing of petitioner's traverse in the interests of justice.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner may file a traverse to respondent's answer no later than April 14, 2025.

2. Following the expiration of this deadline, petitioner's habeas corpus application will be deemed submitted on the papers pursuant to Local Rule 230(l).

DATED: February 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2